

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-14-00159-CR

David Darrell **KING**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2865
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The trial court imposed sentence on David Darrell King on November 19, 2013, and King timely filed a motion for new trial. Therefore, King's notice of appeal was due February 17, 2014, ninety days after sentence was imposed. *See* TEX. R. APP. P. 26.2(a)(2). A motion for extension of time to file the notice of appeal was due March 4, 2014. *See* TEX. R. APP. P. 26.3. The record contains a notice of appeal file stamped March 5, 2014. The certificate of service signed by counsel states the notice of appeal was also served on appellee by hand delivery on March 5, 2014. King did not file a motion for extension of time to file the notice of appeal.

We therefore **order** a response due **April 3, 2014,** showing cause why this appeal should not be dismissed for want of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. Appellant has the burden to request the trial court clerk prepare a supplemental clerk's record containing all pleadings and orders necessary to show this court's jurisdiction. Appellant must then file a copy of any such request with this court. All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.



Keith E. Hottle
Clerk of Court